LAW OFFICES OF WILLIAM WEBB FARRER
William Webb Farrer, CA. Bar No. 095276
300 Montgomery Street, Suite 600
San Francisco, CA. 94104
Telephone: (415) 765-9100
Facsimile: (415) 765-9109
Email: wwfarrer@farrerlaw.org

Attorneys for Defendant
GLOBALLOGIC, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Web2Web Marketing, Inc. (d/b/a Acteva, Inc.), a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBALLOGIC, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: cv10-4789-~~ECM~~ EMC<br><br>**[~~PROP~~OSED] ORDER GRANTING JOINT STIPULATION FOR ORDER EXTENDING TIME FOR DEFENDANT GLOBALLOGIC, INC. TO RESPOND TO COMPLAINT** |

Having considered the Joint Stipulation for Order Extending Time for Defendant GlobalLogic, Inc. to Respond to Complaint, and good cause appearing,

IT IS HEREBY ORDERED THAT Defendant GlobalLogic, Inc. shall move, answer, or otherwise respond to Plaintiff's complaint on or before December 7, 2010.

IT IS SO ORDERED.

Dated:  November __30, 2010         Magistrate Edward _____

*[Signature stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*