HARMEET K. DHILLON, ESQ. (SBN: 207873)
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
DHILLON & SMITH LLP
214 Grant Avenue, Suite 400
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff,
Acteva, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## San Francisco Division

| | |
|---|---|
| Web2Web Marketing, Inc. (d/b/a Acteva, Inc.), a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GlobalLogic, Inc., a Delaware Corporation,<br><br>Defendant. | Case Number: CV10-4789 EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Fed.R.Civ.P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that Plaintiff, Web2Web Marketing, Inc. (d/b/a Acteva, Inc.), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action without prejudice. Defendant GlobalLogic, Inc. has not served either an answer or a motion for summary judgment.

---

**Notice of Dismissal**         1         **DHILLON & SMITH LLP**

1  Dated: December 17, 2010

3                                          Dhillon & Smith LLP
4                              By:

                                   *[signature: Harmeet K. Dhillon]*
                                   _____
7                                  Harmeet K. Dhillon
8                                  Attorneys for SOAProjects, Inc.